IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JUAN M. RODRIGUEZ,<br><br>            Defendant. | 8:03CR36<br><br>ORDER |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing,

IT IS ORDERED:

1. That resentencing of the defendant is scheduled before the undersigned on **October 20, 2006, at 10:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

3. James Reisinger is appointed pursuant to the Criminal Justice Act, to represent the defendant for this resentencing. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 25th day of August, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge