IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:96CR157 | USA v. Larry D. Gilreath |
| 8:00CR268 | USA v. Virgil Wayne Hicks, Brenda Parsons, James Wynn |
| 8:01CR252 | USA v. Glenn Smith |
| 8:01CR278 | USA v. Alfonso Genico-Morales |
| 8:02CR20 | USA v. Arturo Portillo |
| 8:02CR42 | USA v. Miles Bohac |
| 8:02CR164 | USA v. Ramon Garcia-Pena, Jose G. Diaz-Diaz; Yamil Rivera-Kader; Yasmin Valdez-Penaloza |
| 8:02CR289 | USA v. Charles F. Adkins |
| 4:02CR3152 | USA v. Gabriel Blanco-Araugo |
| 4:02CR3160 | USA v. John H. Thompson |
| 4:02CR3196 | USA v. William Stonerook |
| 8:03CR36 | USA v. Juan M. Rodriguez, Gypsy F. Rodriguez, Fabian Fernandez-Hildalgo, Alejandro Vasquez |
| 8:03CR190 | USA v. Alberto Esquival-Orozco |
| 8:03CR399 | USA v. Felipe Ramos-Flores |
| 8:04CR30 | USA v. Brandon J. Wilson |
| 8:04CR54 | USA v. Ingreat Norris Swift |
| 8:04CR65 | USA v. Aaron Long |
| 8:04CR124 | USA v. Anthony Harris |
| 8:04CR264 | USA v. Julio Santiago |
| 8:04CR316 | USA v. Gary L. Napier, Jr. |
| 8:04CR359 | USA v. Antonio Finn |
| 8:04CR387 | USA v. William Coates, Kay Ann Hackett |
| 8:04CR404 | USA v. Higinia Solorio |
| 8:04CR509 | USA v. Jose Junior Monroy |
| 8:04CR543 | USA v. John R. Otte |
| 8:05CR94 | USA v. Estrella Alba-Cruz |
| 8:05CR101 | USA v. Joseph Jewell |
| 8:05CR116 | USA v. Allen Cotton |
| 8:05CR131 | USA v. Scott D. Freese, Jesus Padilla, Raul Jiminez, Benjamin Sukup, Pablo Reza Landin, Mollie Moler |
| 8:05CR134 | USA v. Sam B. Vacanti |
| 8:05CR163 | USA v. Daniel Cerna, Jazmin Cerna |
| 8:05CR339 | USA v. Arturo Gomez Molina |
| 8:05CR354 | USA v. Blakely Amanda Pettigrew |
| 8:05CR378 | USA v. Marco A. Covarrubias |
| 8:05CR418 (Sealed) | USA v. Maxine Jackson |
| 8:06CR60 | USA v. Rufus Freemont |

```
8:06CR61                   USA v. Dalinda Garcia, Jesus Alberto
                           Padilla-Palacios
8:06CR140                  USA v. John L. Parks
8:06CR166                  USA v. Chandra Wrightsell
8:06CR231                  USA v. Richard Lee Baird, Jr
8:06R253                   USA v. Timothy A. Peavy
8:06CR304                  USA v. Tara Williams
```

DATED this 13th day of June, 2007.

                        BY THE COURT

                        s/Laurie Smith Camp
                        United States District Judge