IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JUAN M. RODRIGUEZ,<br><br>　　　　　　Defendant. | 8:03CR36<br><br>ORDER |

This matter is before the Court on defendant's motion to reconsider his sentence pursuant to Fed. R.C. R.P. Rule 32(a) in conjunction with Fed. R.C.R.P. Rule 35(4) pursuant to Title 18 U.S.C. § 3553(f)(1) and in light of the Smarter Sentencing Act S. 502 114th Congress (2015) introduced on February 12, 2015 by the Committe[e] on the Judiciary of the Senate and House of Representatives. Filing No. 333. The Court has reviewed the record and the motion will be denied for the reasons set forth in the Court's order dated November 3, 2015, Filing No. 329.

IT IS ORDERED that defendant's motion to reconsider his sentence, Filing No. 333, is denied.

Dated this 10th day of November, 2016

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge